Best Case Bankruptcy

# United States Bankruptcy Court
## District of Maryland

In re  **Mike Isabella, Inc.**

Debtor(s)

Case No.  **18-21835**
Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

I, the CFO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: 12/11/18

Johannes Allender/CFO
Signer/Title

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

14WBella, LLC  
12154 Darnestown Road, Ste 621  
Gaithersburg, MD 20878

ADP  
c/o Maddie Dean  
401 North Washington Street  
Rockville, MD 20850

BallKap, LLC  
12154 Darnestown Road, Ste 621  
Gaithersburg, MD 20878

EagleBank  
130 Rollins Avenue  
Rockville, MD 20852

Government of the District of Columbia  
1101 4th Street, SW  
Washington, DC 20024

Kelly Health Insurance  
P.O. Box 418926  
Boston, MA 02241-8926

M&T Bank  
One M&T Plaza  
Buffalo, NY 14203

MosaKap, LLC  
12154 Darnestown Road, Ste 621  
Gaithersburg, MD 20878

ReqWharf LLC  
12154 Darnestown Road, Ste 621  
Gaithersburg, MD 20878

The Columbia Bank
Loan Operations
P.O. Box 69
East Petersburg, PA 17520