# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In Re:<br><br>CPKAP, LLC d/b/a Kapnos Taverna College Park, *et al.*,[1]<br><br>Debtors. | Chapter 11<br>(Jointly Administered)<br><br>Case No.: 18-21808 (TJC) |

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of December, 2018, copy of each of the following documents was mailed via first class, postage prepaid to the parties on the attached service list.

- Official Form 309F – Notice of Chapter 11 Bankruptcy Case
- Amended Schedules
- Declaration Under Penalty of Perjury for Non-Individual Debtors
- Summary of Assets and Liabilities Schedules for Non-Individual
- Amended Statement of Financial Affairs for Non-Individual
- Amended Creditor Matrix

                                             */s/ Warren J. Martin Jr.*
                                             Warren J. Martin (admitted pro hac vice)
                                             Kelly D. Curtin (admitted pro hac vice)
                                             Porzio, Bromberg & Newman, P.C.
                                             100 Southgate Parkway
                                             Morristown, New Jersey 07962
                                             (973) 538-4006
                                             wjmartin@pbnlaw.com

                                             Debtors' General Bankruptcy Counsel

---

[1] The Debtors in these chapter 11 bankruptcy cases, their addresses, the last four digits of their employment identification numbers and their case numbers are: CPKAP, LLC d/b/a Kapnos Taverna College Park, 7777 Baltimore Ave, College Park, MD 20740, (3742), Case No. 18-21808; BallCantina, LLC d/b/a Pepita, 4000 Wilson Blvd, Ste D, Arlington, VA 22203, (7545), Case No. 18-21823; BallNoodle, LLC d/b/a Yona, 4000 Wilson Blvd, Ste C, Arlington, VA 22203, (2510), Case No. 18-21824; 14WBella, LLC d/b/a Kapnos & G, 2201 14th St NW, Washington, DC 20009, (3035), Case No. 18-21825; Masskap, LLC d/b/a Arroz, 901 Massachusetts Ave NW, Washington, DC 20001, (2590), Case No. 18-21827; Mosakap, LLC d/b/a Requin VA/Mosaic, 8296 Glass Alley #110, Fairfax, VA 22031, (6763), Case No. 18-21828; TyIsa, LLC d/b/a Isabella Eatery, 2001 International Drive, McLean, VA 22102, (4088) Case No. 18-21830; BallKap, LLC d/b/a Kapnos Taverna, 4000 Wilson Blvd, Ste. A, Arlington, VA 22203, (1385), Case No. 18-21832; and Mike Isabella, Inc., 12154 Darnestown Rd, Ste 621, Gaithersburg, MD 20878, (6314), Case No. 18-21835.

**The following parties received a
copy of the filing by first class mail:**

14WBella, LLC
12154 Darnestown Road, Ste 621
Gaithersburg, MD 20878


ADP
c/o Maddie Dean
401 North Washington Street
Rockville, MD 20850


BallKap, LLC
12154 Darnestown Road, Ste 621
Gaithersburg, MD 20878


EagleBank
130 Rollins Avenue
Rockville, MD 20852


Government of the District of Columbia
1101 4th Street, SW
Washington, DC 20024


Kelly Health Insurance
P.O. Box 418926
Boston, MA 02241-8926


M&T Bank
One M&T Plaza
Buffalo, NY 14203


MosaKap, LLC
12154 Darnestown Road, Ste 621
Gaithersburg, MD 20878


ReqWharf LLC
12154 Darnestown Road, Ste 621
Gaithersburg, MD 20878

```
The Columbia Bank
Loan Operations
P.O. Box 69
East Petersburg, PA 17520
```